UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FELICIA ALTERESCU,<br><br>                Plaintiff,<br><br>-v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, RICHARD CARRANZA, and UNITED FEDERATION OF TEACHERS,<br><br>                Defendants. | 21 Civ. 925 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 3, 2021, Defendants removed this case to federal court. (Dkt. #1). On March 18, 2021, Plaintiff's counsel entered a notice of appearance. (Dkt. #6). The Court understands that Plaintiff has yet to file a complaint in this case. Accordingly, the parties are hereby ORDERED to submit a joint status letter on or by May 21, 2021.

      SO ORDERED.

Dated:    May 14, 2021
             New York, New York

                                                         KATHERINE POLK FAILLA
                                                       United States District Judge