

D. CHRISTOPHER MASON

ATTORNEYS AT LAW
11 BROADWAY
SIXTH FLOOR, SUITE 615-8
NEW YORK, NEW YORK 10004
P: 212.498.9691 F: 212.498.9692

EMAIL:
cmason@masonlawpllc.com

May 20, 2021

Honorable Katherine Polk Failia
United States District Judge
Thurgood Marshal Courthouse
40 Foley Square
New York, New York 10007

Re: FELICIA ALERESCU v. NEW YORK CITY DEPT. OF ED., et al.
Index: 21-CV-00925-KPF

Dear Judge Failia:

We are counsel to the Plaintiff FELICIA ALERESCU ("Alterescu" or "Plaintiff") in the above referenced matter. We are writing you in regard your May 14th, 2021 order for a joint status letter regarding this matter.

Plaintiff respectfully requests the court grant the Plaintiff leave to tile file a Complaint by June 4th, 2021. We have spoken to counsel for the Defendants in this matter regarding our request and the Defendants have requested that they be permitted until July 15th, 2021 to respond to Plaintiff's Complaint.

Thank you for your attention.

Respectfully yours,

MASON LAW, PLLC.

/s/ *D. Christopher Mason*
D. Christopher Mason