

# ARCHER, BYINGTON, GLENNON & LEVINE LLP

**ROBERT M. ARCHER***
**JOHN H. BYINGTON III**
**MARTY GLENNON**
**JULES B. LEVINE (1932-2012)**
**GARY A. THAYER**
**JAMES W. VERSOCKI**
**RICHARD S. CORENTHAL**

......................

**MATTHEW HROMADKA**
**PAUL K. BROWN**
**JENNY LAM**

......................

* Partner emeritus-retired

ONE HUNTINGTON QUADRANGLE, SUITE 4C10
P.O. BOX 9064
MELVILLE, NY 11747-9064

PHONE:   (631) 249-6565
FACSIMILE:   (631) 777-6906

WWW.ABGLLAW.COM
INFO@ABGLLAW.COM

NEW YORK CITY ADDRESS:

1430 BROADWAY, SUITE 1107
NEW YORK, NY 10018

July 30, 2021

**By CM/ECF**
Hon. Katherine Polk Failla, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Alterescu v. New York City Department Of Education, et al*
Case No. 1:21-cv-00925-KPF
Our File No. 25324.0007

Dear Judge Failla:

Pursuant to Your Honor's Order entered July 22, 2021, (ECF Doc. No. 16), I write jointly on behalf of all parties in the above case. The parties have conferred regarding a briefing schedule for Defendants' motions to dismiss (with sufficient time for Plaintiff to amend her Complaint, if she wishes) and have agreed upon the following proposed briefing schedule:

Amended Complaint: On or before August 26, 2021;

Defendants' Motions: On or before September 23, 2021;

Plaintiff's Opposition: On or before October 21, 2021;

Defendants' Replies: On or before November 5, 2021.

Respectfully submitted,

/s/ *Paul K. Brown*
Paul K. Brown

cc:   Counsel of Record (by CM/ECF)
failla_nysdchambers@nysd.uscourts.gov