UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
FELICIA ALTERESCU,

                    Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; RICHARD CARRANZA,
CHANCELLOR; and THE UNITED
FEDERATION OF TEACHERS

                    Defendants.
------------------------------X

**NOTICE OF MOTION**

Case No. 21-CV-00925-KPF

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint as to Defendant United Federation of Teachers ("UFT"), the Declaration of Paul K. Brown, with exhibits annexed thereto, and all prior proceedings had herein, Defendant UFT will move this Court, Honorable Katherine Polk Failla, U.S.D.J., at the United States Courthouse, 40 Foley Square, New York, New York 10007, on a date to be determined by the Court, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing the Complaint as to Defendant UFT with prejudice, and granting such other an further relief as the Court deems just and proper.

Dated:   New York, New York
        October 6, 2021

                Respectfully submitted,

                ARCHER, BYINGTON, GLENNON & LEVINE, LLP
                *Attorneys for Defendant United Federation of Teachers*

                By:   /s/ *Paul K. Brown*
                          Paul K. Brown
                          1430 Broadway, Suite 1107
                          New York, NY 10018
                          (631) 249-6565
                          pbrown@abgllaw.com


TO:   Dwayne Christopher Mason
      *Attorney for Plaintiff*
      Mason Law, PLLC
      11 Broadway, Ste 615
      New York, NY 10004
      (212) 498-9691
      cmason@masonlawpllc.com

      Lawrence John Profeta
      *Attorney for Defendant Department of Education*
      New York City Office of Corporation Counsel
      100 Church Street, Room 6-210
      New York, NY 10007
      (212) 788-0954
      lprofeta@law.nyc.gov