# EXHIBIT "B"

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------------X
FELICIA ALTERESCU,

                              Plaintiff,

            -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; RICHARD CARRANZA,
CHANCELLOR; and THE UNITED
FEDERATION OF TEACHERS,

                              Defendants.
-------------------------------------------------------------------X

Index No. 160168/2020

**NOTICE OF APPEARANCE
AND DEMAND**

       PLEASE TAKE NOTICE that the undersigned appears as attorneys for Defendant UNITED FEDERATION OF TEACHERS in this action and demands you serve a copy of the complaint and all notices and papers in this action upon the undersigned at the address stated below and/or in accordance with the Court's electronic filing/NYSCEF procedures.

Dated: Melville, New York
          January 25, 2021

                                  ARCHER, BYINGTON, GLENNON & LEVINE, LLP
                                  *Attorneys for Defendant United Federation of Teachers*

                          By:    */s/ Paul K. Brown*
                                Paul K. Brown
                                One Huntington Quadrangle, Suite 4C10
                                P.O. Box 9064
                                Melville, New York 11747-9064
                                631-249-6565

TO:   D. Christopher Mason
        Mason Law, PLLC
        *Attorneys for Plaintiff*
        11 Broadway, Suite 615
        New York, NY 10004
        (212) 498-9691

00773478