

**THE CITY OF NEW YORK**

| | **LAW DEPARTMENT** | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | **LAUREN A. ROSENFELD**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-3574<br>Lrosenfe@law.nyc.gov |

November 17, 2021

By ECF
Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   Alterescu v. New York City Department of Education, et al.
        21-cv-00925 (KPF)

Dear Judge Failla:

I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for the New York City Department of Education and Richard Carranza ("DOE Defendants") in the above-referenced action. I write to respectfully request an adjournment of DOE defendants' time to file its reply papers from November 18, 2021 to November 30, 2021. This is the DOE Defendants' first request for an adjournment of the reply and all parties consent to this request. It is DOE Defendants' understanding that, if the Court grants this request, the UFT Defendant will also serve their reply on or before November 30, 2021, if the Court finds that acceptable.

I thank the Court for considering this request.

Respectfully,

/s/ *Lauren A. Rosenfeld*
Lauren A. Rosenfeld
Assistant Corporation Counsel

cc:   All counsel, VIA ECF

```
Application GRANTED.  The DOE and UFT Defendants shall file their reply
briefs on or before November 30, 2021.

The Clerk of Court is directed to close the pending motion at docket entry
31.
                                      SO ORDERED.

Date:     November 18, 2021
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE
```