**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELICIA ALTERESCU,

                Plaintiff,

   -against-                                 21 **CIVIL** 925 (KPF)

                                                    **<u>JUDGMENT</u>**

NEW YORK CITY DEPARTMENT OF EDUCATION,
RICHARD CARRANZA, and UNITED FEDERATION
OF TEACHERS,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated August 23, 2022, Defendants' motions to dismiss are GRANTED and the Second Amended Complaint is dismissed with prejudice; Further, because Plaintiff has already amended her pleadings twice, and because she has given no indication that she can amend them further to plead viable claims, the Court will not grant leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York

       August 26, 2022

                                                           **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                        **BY:**

                                                                **Deputy Clerk**