# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/25/22

Felicia Alterescu
(List the full name(s) of the plaintiff(s)/petitioner(s).)

21 cv 925 (KPF)( )

-against-

New York City Department of Education, Richard Carranza and United Federation of Teachers
(List the full name(s) of the defendant(s)/respondent(s).)

**MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL**

**MEMO ENDORSED**

I move under Rule 4(a)(5) of the Federal Rules of Appellate Procedure for an extension of time

to file a notice of appeal in this action. I would like to appeal the judgment

entered in this action on 8/23/22 but did not file a notice of appeal within the required
                         date

time period because:

The lawyer on the case did not inform me of the decision in a timely fashion. I was notified after more than 30 days after the decision came out.

(Explain here the excusable neglect or good cause that led to your failure to file a timely notice of appeal.)

10/10/2022
Dated:

Felicia Alterescu
Signature

ALTERESCU FELICIA A
Name (Last, First, MI)

45 Hilden Street    Kings Park    NY    11754
Address             City          State Zip Code

631-513-1393                      FALTERESCU@GMAIL.COM
Telephone Number                  E-mail Address (if available)

Rev. 3/27/15

The Court is in receipt of Plaintiff's above motion for an extension of time to file a notice of appeal (Dkt. #37), and a motion to proceed *in forma pauperis* ("IFP") on appeal (Dkt. #38).  The Court withholds its decision on Plaintiff's IFP application at this time, and will separately consider that motion following resolution of Plaintiff's motion for an extension of time.  Plaintiff indicates in her motion for an extension of time that her lawyer (Dwayne Christopher Mason) did not inform her in a timely fashion of this Court's decision on Defendants' motion to dismiss.

Defendants are **ORDERED** to respond to Plaintiff's motion for an extension of time by **November 28, 2022.**  Any such response shall not exceed three pages in length.  Further, because of the representations in Plaintiff's motion for an extension of time, Mr. Mason is **ORDERED** to file a response to the motion for an extension of time, explaining when he informed Plaintiff of this Court's decision on the motion to dismiss.  Such response shall also be filed by **November 28, 2022.**

Dated:   November 3, 2022          SO ORDERED.
         New York, New York

                                   *Katherine Polk Failla*

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE