

**D. CHRISTOPHER MASON**

ATTORNEYS AT LAW
11 BROADWAY - SUITE 615-8
NEW YORK, NEW YORK 10004
P: 212.498.9691 F: 212.498.9692

EMAIL:
cmason@masonlawpllc.com

November 3rd, 2022

**BY ECF**
Honorable Katherine Polk Failla
United States District Judge,
Southern District of New York
40 Foley Square
New York, New York 10007

   Re:   <u>Alterescu v. New York City Department of Education et al.,</u> 2l-cv-00925-KPF

Dear Judge Failla,

   My office, through my paralegal Betsy Combier, notified Ms. Alterescu of the August 23rd, 2022, Decision and Order on the Motion to Dismiss via email on August 24th, 2022. I have attached a copy of said email to this letter.

   Respectfully,

   /s/ D. Christopher Mason

Cc:  Counsel of Record (by CM/ECF)