

Mason, D. Christopher <cmason@masonlawpllc.com>

# Fwd: Decision - Federal Court

**Betsy Combier** <betsy.combier@gmail.com>　　　　　　　　　　　　　　　Thu, Nov 3, 2022 at 11:36 AM
Reply-To: betsy.combier@gmail.com
To: "D. Christopher Mason" <cmason@masonlawpllc.com>, Betsy Combier <betsy.combier@gmail.com>

Here is the email


---------- Forwarded message ---------
From: **Betsy Combier** <betsy.combier@gmail.com>
Date: Wed, Aug 24, 2022 at 11:12 AM
Subject: Decision - Federal Court
To: Felicia Alterescu <pcgh0108@aol.com>, Betsy Combier <betsy.combier@gmail.com>


Felicia - attached is the decision. Let's chat in a few days - I want to read it and haven't done so yet.

--
Betsy Combier
betsy.combier@gmail.com
ADVOCATZ
Parentadvocates.org
NYC Rubber Room Reporter
National Public Voice
NYC Public Voice
New York Court Corruption
Rubber-Room/Inside 3020-a Teacher Trials


Virus-free.www.avast.com

--
Betsy Combier
betsy.combier@gmail.com
ADVOCATZ
Parentadvocates.org
NYC Rubber Room Reporter
National Public Voice
NYC Public Voice
New York Court Corruption
Rubber-Room/Inside 3020-a Teacher Trials


**DECISION.pdf**
400K