**Felicia A. Alterescu**
45 Hilden Ave
Kings Park, NY 11754

January 10, 2023

The Hon. Katherine Polk Failla
United States District Judge
United States District Court
Court of Appeals – 2nd Circuit
Southern District of New York
Case 0208-1:21-cv-00925-KPF  Document: 44  Docket: 22-2824
Felicia Alterescu v New York City Department of Education

Your Honor:

I respectfully request re-consideration of your decision filed 11/29/22 rejecting of my *pro se* motion for extension of time to file a notice of my appeal in my case against the New York City Department of Education, Richard Carranza and United Federation of Teachers.

You based your decision on misinformation provided to the Court by my former attorney, Christopher Mason, concerning his claim of timely notification. While I could provide the Court dated proof of the continued use of my proper email address, I do have a recording of his freelance paralegal, Betsy Combier, telling me that me that Mr. Mason said to "blame him" when I put in my appeal that "he had not sent it to the correct email so he had not notified me in a timely manner."

It appears, however, that Mr. Mason mislead the Court when it questioned him about this matter when he stated that timely transmission had in fact been made on the day after its issuance (As Ms Combier said, "he's not gonna lose his law license over it").

Ms. Combier, who was responsible for funneling my case to Mr. Mason, also bears responsibility for my lack of timely notification. Again, on the recording, she states that after she emailed the Court's decision—again to the wrong email address—she failed to follow up with me because she, "… thought that you were discouraged by it, and decided to hell with it."

As I understand the cites in the Court's decision, I think that the above facts are sufficient to prove excusable neglect. Mr. Mason and Ms. Combier both admit the email mistake was theirs and the cause of my late appeal. I respectfully request that the Court vacate its decision and allow the extension of time requested for my appeal.

Thank you for your time and consideration,

*Felicia Alterescu*
Felicia A. Alterescu

7021 2720 0002 1596 5142

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of NY
United States Court of Appeals - 2nd Circuit
Foley Square
New York NY 10007

10007-1501

USPS
SDNY

U.S. POSTAGE PAID
FCM LETTER
KINGS PARK, NY
11754
JAN 19, 23
AMOUNT
$4.00
R2305K141141-08
10007